IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JORGE MICHAEL VANEGAS,

    Petitioner,

v.                                        CASE NO. 4:11-cv-74-MW/CAS

MICHAEL D. CREWS, Secretary,
Florida Department of Corrections,

    Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.14, filed October 23, 2013, and has also reviewed *de novo* Plaintiff's Objections to the Report and Recommendation, ECF No.17, filed November 26, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Petitioner's §2254 petition,

1

ECF No. 1, is **DENIED.** A certificate of appealability is **DENIED**, and leave to appeal *in forma pauperis* is **DENIED**." The Clerk shall close the file.

**SO ORDERED on November 27, 2013.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**